IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JACK PILGER and MAUREEN PILGER                                  PLAINTIFF

VS.                                         CIVIL ACTION NO. 1:11cv344-HSO-RHW

NAME DYNAMICS, INC.                                             DEFENDANT

## AGREED ORDER

This cause comes before the Court on [5] the joint motion of the parties requesting transfer pursuant to 28 U.S.C. §1404(a) based on a forum selection clause in the Agreement sued upon in this breach of contract action.  The Agreement provides that any suit on the Agreement will be pursued exclusively in the federal or state courts of Mecklenburg County, North Carolina.

IT IS THEREFORE ORDERED AND ADJUDGED, pursuant to the direction of the United States District Judge, that this suit shall be transferred to the United States District Court for the Western District of North Carolina, Charlotte Division.  All defenses at law and pursuant to Fed.R.Civ.P. 12 are reserved by the Defendant, Name Dynamics, Inc., and can be asserted by Name Dynamics, Inc. after transfer and Name Dynamics, Inc. shall have 20 days from the date transfer is docketed by the North Carolina Court to file responsive pleading to the complaint, unless such time period is otherwise extended by that Court or agreement of the parties..

This the 16th day of November, 2011.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE